Fill in this information to identify the case:

Debtor 1: William Arnt Ekholt
Debtor 2 (spouse, if filing):
United States Bankruptcy Court for the: District of Montana (State)
Case Number: 18-60351-BPH

Official Form 4100R
## Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee`s notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as trustee for Treehouse Series V Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5240

**Property address:** 1320 Foothill Road
Number  Street

Kalispell, MT 59901-8250
City  State  Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from debtor(s) is due on: 05 / 01 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____
c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

Debtor 1  William Arnt Ekholt    Case number (if known)  18-60351-BPH
         First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplemental to the creditor`s proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct To the best of my knowledge, information and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies

| | | | |
|---|---|---|---|
| **x** | /s/ Lewis N. Stoddard | Date: | May 17, 2023 |
| | Signature | | |

Print: Lewis N. Stoddard    Title: Attorney for Creditor

Company: Halliday, Watkins & Mann, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 376 East 400 South, Suite 300
         Number      Street

Salt Lake City      UT      84111
City                State   Zip Code

Contact phone   801-355-2886        Email   ecfmail@hwmlawfirm.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 17, 2023, copies of the Response to Notice of Final Cure Payment were electronically served via the Court's CM/ECF electronic service system on the following:

Jeffrey Keith Greenwell
Attorney for Debtor
via CM/ECF

Robert G. Drummond
Chapter 13 Trustee
via CM/ECF

U.S. Trustee
via CM/ECF

The undersigned certifies that on May 17, 2023, copies of the Response to Notice of Final Cure Payment were served via U.S. Mail, postage prepaid, on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

William Arnt Ekholt
1320 Foothill Road
Kalispell, MT 59901


_/s/ Lewis N. Stoddard_